SACHS QUALITY FURNITURE, INC., PLAINTIFF-APPEL-
LANT, v. CHARLES HAFLEY AND MARGARET HAFLEY,
DEFENDANTS-RESPONDENTS.

Submitted January 16, 1945—Decided February 5, 1945.

Before Justices PARKER and COLIE.

For the appellant, *Abraham H. Carchman* (*Benjamin Coe,*
of counsel).

For the respondents, *Thomas S. Clancy* (*Bernard S. White,*
of counsel).

PER CURIAM.

Appellant, Sachs Quality Furniture, Inc., appeals from a
judgment in its favor in the amount of $12.07 and costs.
The specification of determinations reads as follows:

"1. The court erred in refusing to grant plaintiff's motion
for a directed verdict and grant judgment in favor of the
plaintiff as a matter of law.

"2. The court erred in failing to enter judgment in favor
of the plaintiff, as matter of law, for the sum of forty-two
dollars and seven cents ($42.07)."

As to the first specification, an examination of the record
discloses no motion on behalf of plaintiff for a directed ver-
dict and no refusal of the trial court thereon. There is, there-
fore, no basis for this specification.

As to the second specification of alleged error in failing to
enter judgment in favor of the plaintiff for $42.07 as a matter
of law, this, too, seems to be defective. See *Press* v. *Klink*,
115 *N. J. L.* 475.

There being no question before the court for review, the
appeal is dismissed, with costs.